UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

*RECEIVED 2008 JUN 19 P 4:11 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Alberto Flores-Ramos <br> Defendant(s) | 08 CR 2068-BEN <br> CRIMINAL NO. 08 MJ 1792 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

**Maribel Carrasco-Lopez**

DATED: 6/19/08

_Ruben B. Brooks_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
       DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk